# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

CHANGE OF PLEA IN  USA v. KHARI C. OSBORNE

CRIMINAL NO. 1:20 CR 0037  AT  AUGUSTA, GEORGIA

*U.S. DISTRICT COURT Southern District of Georgia Filed in Open Court June 1 2021 11:38 A.M. Deputy Clerk*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE DEFENDANT  KHARI C. OSBORNE , HAVING PREVIOUSLY ENTERED A PLEA OF  NOT GUILTY , HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA OF  GUILTY  TO  COUNT ONE (1)  IN THE INDICTMENT.

THIS  1st  DAY OF  June , 2021.

NOLLE PROSSE AS TO COUNT(S) _____

_____
KHARI COURTNEY OSBORNE  DEFENDANT

_____
COUNSEL FOR DEFENDANT
JAMES S. V. WESTON